**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **VFI KR SPE I LLC and VARILEASE FINANCE, INC.**<br><br>Plaintiffs,<br><br>v.<br><br>**VIRGIN ISLANDS GOVERNMENT HOSPITALS AND HEALTH FACILITIES CORPORATION and GOVERNOR JUAN F. LUIS HOSPITAL AND MEDICAL CENTER,**<br><br>Defendants. | ) | Case No. 1:26-mc-00027 |

**DECLARATION OF STEPHANIE-ANNE L. ORIOL**

I, Stephanie-Anne L. Oriol, hereby declare:

1. My name is Stephanie-Anne L. Oriol.
2. The position I have held throughout 2026 at Schneider Regional Medical Center is Legal & Administrative Coordinator.
3. I am not a designated registered agent for service of process of the Virgin Islands Government Hospitals and Health Facilities Corporation (VIGHHFC).
4. To the best of my knowledge, I am not authorized by law to accept service of process for VIGHHFC.
5. My official duties do not include accepting service on behalf of the Chief Executive Officer.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATE: November 4, 2026

[signature]
Stephanie-Anne L. Oriol

**EXHIBIT 3**